

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, ET AL | : | FEBRUARY 10, 2004 |

## STATUS REPORT

The defendants, City of Middletown, David Visconti, and Michael Kerkes, hereby submit the following status report pursuant to this Court's Order of August 20, 2003.

**A.   STATUS OF THE CASE**

This matter has been stayed by this Court through January 28, 2004. Accordingly, there has been no discovery to date. The undersigned is still awaiting word from the Connecticut Guaranty Fund regarding acceptance of the defense of this matter. The parties are in the process of preparing a Rule 26(f) Report.

**B.   SETTLEMENT**

The defendants do not believe that a referral for a settlement conference would be beneficial at this stage of the proceedings as discovery has not yet commenced.

C. **TRIAL BEFORE A MAGISTRATE JUDGE**

The defendants have not yet determined whether they will consent to a trial before a Magistrate Judge.

D. **LENGTH OF TRIAL**

The defendants are unable to ascertain the estimated length of the trial at this time in light of the stay of proceedings and the fact that discovery has not yet commenced in this matter.

                DEFENDANTS,
                TOWN OF MIDDLETOWN, DAVID VISCONTI, in his official and individual capacity, DEREK PUORRO, in his individual capacity and MICHAEL KERKES, in his individual capacity

By _____
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail: bjordan@hl-law.com

## CERTIFICATION

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 10th day of February, 2004.

Rachel M. Baird, Esquire
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

Trina Solecki, Esquire
City Attorney
City Hall
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

*/s/ Beatrice Jordan*
Beatrice S. Jordan

3