UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH BRANCIFORTE

      Vs.                      CASE NO. 3:02CV00928(AVC)

TOWN OF MIDDLETOWN, ET AL

## O R D E R

On August 20, 2003 this Court granted Defendant's Motion to Stay this matter until January 28, 2004.  The above referenced stay having now expired; it is hereby ORDERED:

That the parties submit a joint status report by February 27, 2004, reporting on the status of this matter and setting forth proposed deadlines for the Court to establish a new scheduling order.

SO ORDERED.

Dated at Hartford, Connecticut, this 12th day of February, 2004.

/s/ AVC
Alfred V. Covello
United States District Judge