UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE
  Plaintiff,

v.      Civil No. 3:02CV0928(AVC)

TOWN OF MIDDLETOWN, ET AL,
  Defendants

### SCHEDULING ORDER

(1) All discovery, including depositions of all witnesses, shall be completed by December 15, 2004;

(2) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 15, 2004, and depositions of any such experts shall be completed by October 15, 2004;

(4) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 15, 2004, and depositions of any such experts shall be completed by December 15, 2004;

(5) the parties shall exchange a damage analysis, if necessary, on or before May 1, 2004;

(6) all motions, except motions in limine incident to a trial, shall be filed on or before January 15, 2005;

(7) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on February 15, 2005; and

(8) the case shall be ready for trial by March 1, 2005.

    It is so ordered this 17th day of March, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge