UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02CV928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | APRIL 24, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY**

Pursuant to Rule 7(b)(1)(b) of the Local Rules of this District, Plaintiff Joseph R. Branciforte moves for an initial thirty (30) day extension of time, until May 26, 2004, to respond to Defendants' Interrogatories and Requests for Production.

   1.  Defendants' Interrogatories and Requests for Production were served, by first-class mail, on March 24, 2004.

   2.  Pursuant to Rules 6(e), 33, and 34 of the Federal Rules of Civil Procedure, Plaintiff's responses are due on April 26, 2004.

   3.  An extension of thirty (30) days will extend the period for Plaintiff to respond to May 26, 2004.

   4.  Plaintiff's counsel has inquired of opposing counsel and represents that counsel does not object to an extension of time as requested.

WHEREFORE, Plaintiff respectfully requests that the instant motion for extension of time be granted.

PLAINTIFF,
JOSEPH R. BRANCIFORTE


BY: _____
Rachel M. Baird
(CT Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992


## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion for extension of time was mailed, first-class, postage paid on April 24, 2004, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

Trina Solecki, Esq.
City Attorney
City Hall
245 DeKoven Dr
Middletown CT 06457-3405


_____
Rachel M. Baird

2