UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Joseph R. Branciforte

V.                       Case Number: 3:02cv928(AVC)

Town of Middletown, et al

## ORDER

Doc. #34

Motion for extension of time until **May 26, 2004** to respond to Discovery

**ORDERED ACCORDINGLY**.


Dated at Hartford, Connecticut, April 27, 2004.

KEVIN F. ROWE, CLERK

By: /s/ JW
    Jo-Ann Walker
    Deputy Clerk