UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL | : | DECEMBER 6, 2004 |

### MOTION FOR BOND

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, Town of Middletown, David Visconti, Derek Puorro and Michael Kerkes, respectfully move for an order that the plaintiff, Joseph R. Branciforte, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from the entry of such order.

        DEFENDANTS,
        TOWN OF MIDDLETOWN, DAVID
        VISCONTI, in his official and individual
        capacity, DEREK PUORRO, in his
        individual capacity and MICHAEL
        KERKES, in his individual capacity

        By_____/s/_Beatrice S. Jordan_____
          Beatrice S. Jordan
          ct22001
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (Fax)
          E-Mail:  bjordan@hl-law.com

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of December, 2004.

Rachel M. Baird, Esquire
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

Trina Solecki, Esquire
City Attorney
City Hall
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

                                                _____/s/  Beatrice S. Jordan_____
                                                Beatrice S. Jordan