UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL | : | DECEMBER 10, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Town of Middletown, hereby moves the Court for an enlargement of time of forty-five (45) days, up to and including **January 31, 2005**, in which to answer, object or otherwise respond to plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents dated November 15, 2004. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Baird, counsel for the defendant, and has been advised that the plaintiff has no objection to the granting of this motion. The defendant has not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendant requests that its Motion for Enlargement of Time up to and including **January 31, 2004**.

        DEFENDANT,
        TOWN OF MIDDLETOWN


        By____/s/_Beatrice S. Jordan____
        Beatrice S. Jordan
        ct22001
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (Fax)
        E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 10th day of December, 2004.

Rachel M. Baird, Esquire
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

Trina Solecki, Esquire
City Attorney
City Hall
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

                                                     /s/ Beatrice S. Jordan
                                                 Beatrice S. Jordan