37

[Handwritten margin note:] The defendant's motion for extension of time (doc. no. 37) is GRANTED. The defendants shall have up to and including January 31, 2005 to reply to the plaintiff's first set of interrogatories and requests for production of documents. SO ORDERED. 3:02CV928(AVC) December 15, 2004.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, ET AL | : | DECEMBER 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Town of Middletown, hereby moves the Court for an enlargement of time of forty-five (45) days, up to and including **January 31, 2005**, in which to answer, object or otherwise respond to plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents dated November 15, 2004. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Baird, counsel for the defendant, and has been advised that the plaintiff has no objection to the granting of this motion. The defendant has not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED