# MIDDLETOWN POLICE DEPARTMENT

## SUPPLEMENTARY REPORT

| (1-A) Incident | (2-A) Date of Report | (3-A) Case Number |
|---|---|---|
| DUI | 3/1/01 | 01-5548 |

| (4-A) Originally Classified as | (5-A) Victim | (6-A) Address |
|---|---|---|
| | | |

**(7-A) Narrative:**

On 3/1/01 at approximately 0121 hours I was monitoring traffic on Main ST in the area of Liberty ST. I observed the accused travelling southbound on Main ST and turn right onto Liberty ST, not using his turn signal. I followed the accused and noticed that his rear license plate was not illuminated. I stopped the accused in the area of 79 Prospect ST.

I engaged the accused in conversation and made the following observations: the accused emitted an odor of an alcoholic beverage from his breath, his eyes were glassy and bloodshot, his speech was slurred, and his movements slow and uncoordinated. He stated that he had come from Chaps, a bar in Cromwell, and that he had consumed 2 beers. I asked the accused for his license, registration, and insurance card. He handed me his license and an expired insurance card. He than sat there. I again asked him for his registration at which time he was able to produce it.

The accused was asked to submit to a field sobriety test to which he submitted. Each phase of the test was explained twice and a demonstration was given for the portions that required movement. Officer Kerkes observed the test being administered. The field sobriety test was as follows:

1. REVERSE COUNTING- the accused was asked if he knew how to count, to which he replied yes. He was then asked to count backward, starting with the number 75, and ending with the number 63, inclusive. The subject successfully completed this portion.

2. SPLIT ALPHABET- the subject was asked if he knew and understood the English alphabet, to which he replied yes. He was then asked to recite the English alphabet, beginning with the letter D and ending with the letter O, inclusive. The subject started with the letter D and continued until the letter Z.

(8-A) Case Status: Unfounded ☐   Bona Fide Case – Cleared ☐   Not Cleared ☐

(9-A) Investigating Officer (Print): Puorro, Derek
Signature: [signature]

(10-A) The space below reserved for Commanding Officer approving this report.
Case Status: To Be   Follow Up ○   Follow Up By
Check One: Filed ☐   By Detective ☐   Uniform Ptr. ☐

(11-A) Subscribed and sworn before me this 1st day of March, 20 01
Sgt. D. [signature] Signature of Supervisor

(12-A) Case Number 01-5548

Form 2 MPD-Y       Exhibit A

MIDDLETOWN POLICE DEPARTMENT                                          SUPPLEMENTARY REPORT

| (1-A) Incident | (2-A) Date of Report | (3-A) Case Number |
|---|---|---|
| DUI | 3/1/01 | 01-5548 |

| (4-A) Originally Classified as | (5-A) Victim | (6-A) Address |
|---|---|---|

(7-A) Narrative:

3. HORIZONTAL GAZE NYSTAGMUS- the subject had distinct jerkiness at maximum deviation, the onset of jerkiness occured prior to 45 degrees in both eyes, and he demonstrated a lack of smooth pursuit in each eye.

4. WALK-AND-TURN- the subject lost his balance during the instructional phase, started too soon, raised his arms, did not walk heel-to-toe, took an incorrect number of steps, repeatedly stepped off of the line, stopped to steady himself, and turned incorrectly.

5. ONE-LEG-STAND- the subject swayed while balancing, raised his arms while struggling to maintain his balance, bent his knees, and put his foot down at the count of 2,3, and 4 at which time I terminated the test.

The accused was taken into custody and transported to the Middletown Police Department where he was processed. The accused was advised of his constitutional rights and read the implied consent advisory. He was then affored the opportunity to call an attorney to which he declined He was then asked to submit to a chemical analysis of his breath on the Intoxilyzer 5000 to which he agreed. The first test result showed an elevated BAC of .019. The second test result showed an elevated BAC of .012.

I spoke with the accused's passenger, Pamela Warzecha (5/20/63). She stated that they started drinking at the Ultimate Cafe, then went to Francos, and ended up at Chaps. She stated that the accused had at least 4 beers to drink.

The accused was released on a $500 non-surety bond and is scheduled to appear at G.A. 9 on 3/15/00.

(8-A) Case Status: Unfounded ☐   Bona Fide Case – Cleared ☐   Not Cleared ☐

(9-A) Investigating Officer (Print): Puorro
Signature: _____

(10-A) The space below reserved for Commanding Officer approving this report.
Case Status: To Be    Follow Up    Follow Up By
Check One: Filed ☐   By Detective ☐   Uniform Ptr. ☐

(11-A) Subscribed and sworn before me this 1ST day of March, 20 01
Signature of Supervisor: Sgt D. Juston

(12-A) Case Number 01-5548

Form 2 MPD-Y        Exhibit A

MIDDLETOWN POLICE DEPARTMENT | SUPPLEMENTARY REPORT

(1-A) Incident: DUI
(2-A) Date of Report: 3/1/01
(3-A) Case Number: 01-5548
(4-A) Originally Classified as:
(5-A) Victim:
(6-A) Address:

**(7-A) Narrative:**

The accused stated that he did not have anyone to call for a ride home. He stated that he owned the appliance store in Middletown at the intersection of East Main ST and Silver ST. Officer Kerkes spoke with the desk sergeant, SGT Visconti, and SGT Visconti determined that we would transport the accused to his shop because the accused had earlier stated that once he left here that is where he wanted to go. I transported the accused to his shop and watched him enter his shop. He stated that he was going to go to sleep and spend the rest of the night there.

(8-A) Case Status: Unfounded ☐   Bona Fide Case — Cleared ☐   Not Cleared ☐
(9-A) Investigating Officer (Print): Puorro
Signature: [signature]
(10-A) The space below reserved for Commanding Officer approving this report.
Case Status: To Be   Follow Up ○   Follow Up By
Check One: Filed ☐   By Detective ☐   Uniform Ptr. ☐
Subscribed and sworn before me this 1ST
(11-A) day of MARCH 20 01
Signature of Supervisor
(12-A) Case Number

Form 2 MPD-Y       Exhibit A