```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   JOSEPH R. BRANCIFORTE,       : CIVIL ACTION NO.
         Plaintiff                : 3:02CV928(AVC)
 4   vs.                          :
                                  :
 5   TOWN OF MIDDLETOWN, ET AL,   : NOVEMBER 12, 2004
         Defendants               :
 6

 7
            DEPOSITION OF:   JOSEPH R. BRANCIFORTE
 8
     APPEARANCES:
 9
     FOR THE PLAINTIFF:
10
        LAW OFFICE OF RACHEL M. BAIRD
11      Stonegate Professional Building
        379 Prospect Street
12      Torrington, CT 06790-5239
        (860) 626-9991
13   BY: RACHEL M. BAIRD, ESQUIRE

14   FOR THE DEFENDANTS:

15      HOWD & LUDORF
        65 Wethersfield Avenue
16      Hartford, CT 06114-1190
        (860) 249-1361
17   BY: BEATRICE S. JORDAN, ESQUIRE

18

19

20
           Jill E. Remillard, License No. 385
21             Certified Realtime Reporter
               Registered Merit Reporter
22

23
               NIZIANKIEWICZ & MILLER
24                972 Tolland Street
             East Hartford, CT  06108-1533
25                 (860) 291-9191
```

1  assault?
2      A.   No.
3      Q.   And do you recall what you did next, after
4  you had this conversation with Pam and her husband?
5      A.   They had to go somewhere.  It might have
6  been to drop the kids off.  I can't actually
7  remember.  But I went to my store, maybe to get on
8  the computer.  Then I met them at Ultimate Cafe,
9  maybe an hour later.
10     Q.   So were you at your store for maybe an hour
11 or so?
12     A.   Yeah.
13     Q.   And you believe that you were doing
14 something on your computer system at the store?
15     A.   I went there for something.  That's probably
16 what I went to do.
17     Q.   And then you said you met them at -- I'm
18 sorry -- did you say the Ultimate Cafe?
19     A.   Yes.
20     Q.   Where is that located?
21     A.   Saybrook Road in Middletown.
22     Q.   Do you recall approximately what time you
23 met them at the Ultimate Cafe?
24     A.   It could be 6:30 to seven.
25     Q.   And does the Ultimate Cafe, is that some

1  type of restaurant or...
2      A.   It's a restaurant/bar.  Pam was working
3  there.
4      Q.   Was she working there on March 1st of two
5  thousand --
6      A.   No.
7      Q.   And what did you do when you arrived at the
8  Ultimate Cafe?
9      A.   We had about two beers -- I'm sorry -- three
10 beers.
11     Q.   When you say "we," did you have two to three
12 beers, or --
13     A.   Well, they had more.  But I -- I don't know.
14 I had three beers, yes.
15     Q.   Okay.
16     A.   I had at least three beers.  But I don't
17 know what they had.  I wasn't concentrating on them.
18     Q.   And do you know how long you were at the
19 Ultimate Cafe, approximately?
20     A.   One to two hours, I believe.
21     Q.   Now, was anyone at the Ultimate Cafe with
22 your group, besides yourself, Pam, and her husband?
23     A.   There were other people there, but I can't
24 remember who was there.  It may not be anybody I
25 know.

1  Q.  So it's possible it could have been friends
2  of Pam and her husband?
3  A.  Maybe, yes.
4  Q.  So you were at the Ultimate Cafe for
5  approximately one to two hours.
6  A.  Right.
7  Q.  As best you can remember.  And during that
8  time period you had at least three beers?
9  A.  Yes.
10  Q.  Correct?  And what did you do after that?
11  A.  After that, we went to Chap's Cafe, just me
12  and Pam.  I believe Matt went home.
13  Q.  And where is -- did you say Chap's Cafe?
14  A.  Yes.
15  Q.  Okay.  Where is that?
16  A.  I'm sorry.  Not Chap's.  Franco's, in
17  Cromwell.
18  Q.  Is it just called Franco's or --
19  A.  It's another bar/restaurant.
20  Q.  And that was in Cromwell, you said?
21  A.  Yes.
22  Q.  And the only person that accompanied you to
23  Franco's would have been Pam?
24  A.  Yes.
25  Q.  And how long do you believe that you were at

1  Franco's in Cromwell?
2      A.   It could be another hour or two.
3      Q.   And did you have any alcoholic beverages
4  during that time?
5      A.   I had at least one to two beers.
6      Q.   Do you recall anyone meeting you or joining
7  your group at Franco's?
8      A.   I can't remember.
9      Q.   As best you can remember, it would have been
10 just yourself and Pam at that time?
11     A.   Yes.
12     Q.   And after you were at Franco's for about
13 another one to two hours, what did you do then?
14     A.   Then we proceeded to -- I forgot the name of
15 the bar -- Main Street in Cromwell.  I think it used
16 to be called John Michael's.
17     Q.   And that also was in Cromwell, you said?
18     A.   Yes.
19     Q.   And who accompanied you to the bar that was
20 known as John Michael's?
21     A.   Just Pam.
22     Q.   So, again, just the two of you?
23     A.   Yes.
24     Q.   Do you recall roughly what time you might
25 have arrived at John Michael's?

```
 1      A.    I believe it was around midnight.
 2      Q.    Do you know how long you stayed?
 3      A.    We left when they were closing.
 4      Q.    Do you know roughly what time that might
 5   have been?
 6      A.    Near one in the morning.
 7      Q.    And did you consume any alcohol during that
 8   time?
 9      A.    Just one beer.
10      Q.    After you left John Michael's at closing,
11   did you go anywhere else?
12      A.    No.
13      Q.    Do you happen to recall what type of beer
14   you would have been drinking that evening?
15      A.    Amstel Light.
16      Q.    And would that have been beer that you were
17   drinking the entire night?
18      A.    Yes.
19      Q.    Do you happen to recall what Pam might have
20   been drinking that evening?
21      A.    She was drinking beer, too.  I don't
22   remember what kind she has.
23      Q.    Did either yourself or Pam have any mixed
24   drinks or actual hard alcohol?
25      A.    No.
```

```
1        Q.   No?  Just exclusively beer?
2        A.   Yes.
3        Q.   Okay.  And I take it that Pam had drinks as
4   well while you were at Franco's?
5        A.   Yes.
6        Q.   And I take it that she also had drinks while
7   you were at the John Michael's bar?
8        A.   Yes.
9        Q.   Now, when we were first discussing John
10  Michael's bar, you mentioned Chap's, and then you
11  changed it.  Was there a reason that you -- maybe you
12  weren't sure of the name or --
13       A.   Just trying to remember everything.  I
14  believe Ultimate Cafe used to be Chap's, and it -- I
15  know for a fact it's not even called that right now.
16       Q.   Okay.  So you think the Chap's name might
17  have been associated with the first bar?
18       A.   Correct.
19       Q.   And you just don't happen to recall what the
20  John Michael's bar would be called now, or --
21       A.   Well, today it's called The Well.
22       Q.   Or at that time.  I'm sorry.
23       A.   I can't remember.
24       Q.   Okay.  And to the best of your recollection,
25  you left John Michael's near the time of closing,
```

1  which you believe was about 1 a.m.?
2     A.   Yes.
3     Q.   And do you happen to recall the approximate
4  time you would have ordered that last beer while you
5  were at John Michael's?
6     A.   Right when we got there. I only had one.
7     Q.   So if you arrived at approximately midnight,
8  it would have been right about midnight that you
9  ordered that last beer?
10    A.   Yes.
11    Q.   And when you left John Michael's, where were
12 you intending to go at that point?
13    A.   I was intending to bring Pam back home. She
14 had mentioned that her sister moved to Middletown.
15 She wanted me to go up through a different way
16 through Middletown, I believe. We were looking to
17 see where she moved to, where her sister moved to.
18    Q.   Okay. So Pam's sister had recently moved,
19 and you were just driving by to see where she lived?
20    A.   Right.
21    Q.   Was this a route that you were familiar
22 with?
23    A.   Actually, I'm not familiar with those roads
24 over there.
25    Q.   I take it that you were driving?

1  Q. And what happened after you took that first
2  exit off of Route 9 south?
3  A. I went up to the stop light and waited for
4  the light to turn green, to go left. Pam told me
5  what street to take because I wasn't sure about those
6  streets there. I proceeded to turn right. I did not
7  use my right turn signal because there was no traffic
8  on the road at all.
9  Q. As Pam was navigating you once you got off
10 of Route 9 south, did she know exactly where she was
11 going, or were you both kind of trying to look at the
12 street signs and figure out where you needed to go or
13 where you needed to turn?
14 A. Can you ask me that one again?
15 Q. Sure. As Pam was navigating you when you
16 exited off that first exit at Route 9 south, were you
17 both generally trying to figure out where you needed
18 to go, or did she clearly seem to know where; you
19 know, "You need to turn on this street"?
20 A. She was the one that was giving the
21 directions.
22 Q. Okay. And at the point that she told you to
23 take a right on a certain street, do you happen to
24 recall what street name might have been?
25 A. Liberty Street.

1  Q. Liberty Street? And when she told you to
2  take the right onto Liberty Street, was it far enough
3  in advance where you could see the street coming up
4  and take the right, or was it more, oh, there's
5  Liberty Street, you know, we've got to take a right
6  here?
7  A. It was right next to a gas station. That's
8  where the police officer was sitting.
9  Q. Did you observe the police officer sitting
10 at the gas station?
11 A. I noticed they were there, yes.
12 Q. So I take it you were driving towards the
13 gas station, the gas station --
14 A. Yes.
15 Q. And you observed a police officer in the gas
16 station?
17 A. Yes.
18 Q. Do you know where the police officer was
19 parked in the gas station?
20 A. In their parking lot.
21 Q. How did you come to know that there was a
22 police officer parked there? Was it lit up such that
23 you could see the car or --
24 A. Yes.
25 Q. Did the police car have any lights on?

```
 1        A.    The overhead lights were on, and the parking
 2   lights.
 3        Q.    So as you're driving down the road, you see
 4   the gas station, you can see that there's a police
 5   officer there; correct?
 6        A.    Yes.
 7        Q.    And I take it you're proceeding to the
 8   intersection where Pam tells you to take a right onto
 9   Liberty Street?
10        A.    Yes.
11        Q.    And you indicated that you didn't use a turn
12   signal to take your right-hand turn because there was
13   no traffic on the road?
14        A.    Right.
15        Q.    I take it at 1 a.m. or thereabouts, it was
16   pretty quiet, in general?
17        A.    Yes.
18        Q.    Now, do you know roughly how long you had
19   been driving from the point that you left John
20   Michael's, at about 1 a.m., to the point that you're
21   proceeding to take a right onto Liberty Street?
22        A.    I need you to ask me that again.
23        Q.    Do you know approximately how much time had
24   elapsed from the point that you left John Michael's,
25   at about 1 a.m., to the point that you were
```

```
 1   approaching Liberty Street to take your right-hand
 2   turn?
 3        A.   Fifteen minutes, maybe.
 4        Q.   And what happened after you proceeded to
 5   take your right-hand turn onto Liberty Street?
 6        A.   That's when the police officer started
 7   following me.
 8        Q.   Now, when you say that's when he started to
 9   follow you, did you at that point observe the police
10   officer, I take it, pull out of the gas station?
11        A.   Yes.
12        Q.   So you did see the police officer pull up
13   behind you?
14        A.   Yes.
15        Q.   And you saw the police officer proceed to
16   follow you?
17        A.   Yes.
18        Q.   Had you already completed your right-hand
19   turn onto Liberty Street at this point?
20        A.   Yes.
21        Q.   So you're now traveling down Liberty Street;
22   correct?
23        A.   Yes.
24        Q.   And the police officer is following you?
25        A.   Right.
```

```
 1      Q.    And what happened then?
 2      A.    Well, Pam sees the police officers behind
 3  us, and she gets nervous.  And she tells me to go
 4  make this left, make this right, make this left.  I
 5  don't know what streets they are, but I was just --
 6  it just made her nervous.  That's all I did.
 7      Q.    I just want to really briefly back up to
 8  when you first noticed the police officer pulling up
 9  behind you.  Would that have been prior to you taking
10  the right turn onto Liberty Street, or it would have
11  been after you took that right-hand turn?
12      A.    He followed me after I took the turn.
13      Q.    Okay.  Did he pull out directly onto Liberty
14  Street, or did he have to pull out onto that main
15  street that you were on?
16      A.    I can't remember that.
17      Q.    Okay.  Do you know which way the police
18  officer was facing while he was in the gas station,
19  in terms of whether he was facing such that he could
20  see you on the main road or whether he was facing
21  such that he could see you once you've turned on to
22  Liberty Street, if you can remember?
23      A.    The car was facing Main Street.
24      Q.    Okay.  And you said that you noticed the
25  police vehicle following you, and Pam noticed it
```

```
 1   also, at some point?
 2       A.   Yes.
 3       Q.   And you said she became nervous?
 4       A.   Yes.
 5       Q.   Did she say why she became nervous?
 6       A.   No.
 7       Q.   How did you know that she was nervous?
 8       A.   She just looked behind and saw the police
 9   officer and said, "Maybe we can lose..."  I'm sorry.
10   I'm trying to remember.
11            She saw the police officer.  She turned to
12   me and said, "Maybe we should go this way.  Maybe we
13   should go that way.  Maybe we should go this way."
14       Q.   Did she say why --
15       A.   No, she didn't.
16       Q.   Okay.  She just said, you know, "Maybe we
17   should try and turn here"?
18       A.   Yeah.
19       Q.   "Turn there"?  And you just did what she
20   told you to do?
21       A.   Yes.
22       Q.   You didn't ask her why she wanted you to
23   turn these ways?
24       A.   I didn't ask her, no.
25       Q.   And during the time period that you were
```

```
 1    taking the various turns that Pam was directing you,
 2    was the police officer still following you?
 3         A.    Yes.
 4         Q.    Do you know how fast you were traveling?
 5         A.    I was going very slow.
 6         Q.    When you say "very slow," can you estimate?
 7    How many miles?  Was it more than 10 miles, more than
 8    20 miles an hour?
 9         A.    Five to ten.
10         Q.    And you indicated that Pam was just randomly
11    picking streets that you should turn on?
12         A.    Yes.
13         Q.    Did Pam indicate to you that, you know,
14    "Turn here so maybe we could lose the police
15    officer," or, "Turn there"?
16         A.    Yes.
17         Q.    So she did indicate at some point that she
18    was trying to lose the police officer who had been
19    following you?
20         A.    Yes.
21         Q.    And do you know roughly how long it was that
22    you were proceeding to take the various turns?
23         A.    Only a few minutes, five minutes, or less.
24         Q.    And what happened?
25         A.    That's when the police officers put their
```

```
 1   overhead lights on, and I pulled immediately over to
 2   the right.
 3        Q.   Do you happen to recall what street you
 4   would have been on at the time that you were pulled
 5   over?
 6        A.   Prospect Street.
 7        Q.   Now, when you said the police officer pulled
 8   you over using the overhead lights, are you talking
 9   about the flashing blue and red --
10        A.   Yes.
11        Q.   -- lights?  And did you pull over
12   immediately?
13        A.   Yes.
14        Q.   Now, is that a main road?  Is it a private
15   road?
16        A.   It's not a main road.
17        Q.   More of a residential area?
18        A.   Yes.
19        Q.   Do you happen to know if there was anyone
20   else around the area at the time that you were pulled
21   over, that you could see?
22        A.   No.
23        Q.   And what happened after you see the flashing
24   lights and you immediately pull over?
25        A.   Officer Puorro came up to my window and said
```