```
 1   to me, "Did you know you didn't use your right turn
 2   signal?"
 3              I said, "Yes, I know I did not."
 4        Q.    And how do you know that it was Officer
 5   Puorro who approached you?
 6        A.    He's the one who did most of the talking
 7   that night.
 8        Q.    But did you come to know who he was at that
 9   time by maybe looking at his badge, or is that
10   something that you learned later on?
11        A.    Later on.
12        Q.    But as you sit here today, you know that, in
13   fact, it was Officer Puorro who was communicating
14   with you?
15        A.    Yes.
16        Q.    Was Officer Puorro by himself?
17        A.    No.
18        Q.    There was another officer with him?
19        A.    Yes.
20        Q.    Do you know who that was?
21        A.    Kerkes.
22        Q.    Okay.  At the time that Officer Puorro
23   approached your vehicle, I take it that he approached
24   you coming over to the driver's side window?
25        A.    Yes.
```

```
 1       Q.   And what was Officer Kerkes doing at this
 2  time?
 3       A.   I believe he was inside the police car,
 4  still watching everything.
 5       Q.   So Officer Puorro comes over to you and he
 6  asks you whether you were aware that you had not
 7  turned your right signal when you took that right
 8  turn; correct?
 9       A.   Yes.
10       Q.   And at that point you advised him that you
11  were aware of that?
12       A.   Yes.
13       Q.   And then what happened?
14       A.   I believe he asked me for my license and
15  registration and my insurance card.  And I did not
16  have my insurance card on me that night.
17       Q.   When Officer Puorro asked you for your
18  license, registration, and insurance, were you able
19  to locate those documents in your car?
20       A.   I couldn't find the insurance card.
21       Q.   I take it that the license and registration
22  were kept somewhere within the vehicle?
23       A.   Yes.
24       Q.   And where were they kept?
25       A.   License, I have in my wallet.  Registration,
```

```
 1        Q.    Now, just a moment ago you were also
 2   referencing the "they."  Was it still just Officer
 3   Puorro at that point, or had Officer Kerkes gotten
 4   out of the vehicle as well?
 5        A.    I believe it was just Officer Puorro.
 6        Q.    And do you recall if Officer Puorro asked
 7   you what you had been doing that evening?
 8        A.    I told him we were at a couple bars, we had
 9   a couple beers.
10        Q.    Did you indicate to Officer Puorro how many
11   beers you had had?
12        A.    I had at least three beers at the Ultimate
13   Cafe.
14        Q.    You told him that you had at least three
15   beers at the Ultimate Cafe?
16        A.    That might have been after he placed me
17   under arrest.  I don't remember exactly when.
18        Q.    You remember at least having some
19   conversation to the extent that you had been out to
20   bars and you had had some drinks that evening?
21        A.    Yes.
22        Q.    And did you have that conversation prior to
23   Officer Puorro asking you to take the sobriety test?
24        A.    I might have.
25        Q.    What happened after Officer Puorro asked you
```

1  Q.  Do you recall what test Officer Puorro asked
2  you to perform first?
3  A.  I had to follow his -- it was either his
4  finger or his pencil, with my eye.  And I mentioned I
5  had a bruised eye and it was difficult to follow that
6  pencil.
7  Q.  So the first test you recall performing is
8  following an object with your eyes?
9  A.  I don't remember if it was the first test.
10 Q.  Okay.  At least one of the tests you recall
11 is following --
12 A.  Yes.
13 Q.  And which of your eyes were bruised?
14 A.  My right.
15 Q.  And you said that you advised Officer Puorro
16 that that was difficult?
17 A.  Yes.
18 Q.  And you said that was because of the bruise
19 to your right eye?
20 A.  Yes.
21 Q.  And what was his response?
22 A.  I don't remember.
23 Q.  And I take it that you attempted to perform
24 the test?
25 A.  Yes.

1    Q.    -- and you were -- you've gotten permission
2  from Officer Puorro to go ahead and stand on your
3  left leg because you had a problem with your right
4  leg; correct?
5    A.    Correct.
6    Q.    Do you know how you did on that test?
7    A.    I failed.
8    Q.    Do you know why you failed?
9    A.    Probably because I was tired.
10   Q.    When you say you were tired, do you recall
11 doing something specifically that you weren't
12 supposed to do during the test?
13   A.    Can you say that again, please?
14   Q.    When you say that you probably failed the
15 test because you were tired, do you recall doing
16 something during the test that you weren't supposed
17 to do?  Did you maybe put a leg down?  Did you
18 wobble?  Anything of that sort, that you can recall?
19   A.    I couldn't keep my leg up for the amount of
20 time required.
21   Q.    Now, you also indicated that you recall
22 having a test involving counting.
23   A.    Yes.
24   Q.    Do you recall what you were specifically
25 asked to do with regard to the counting test?

1  A.  I can't remember exactly what the numbers
2  were.
3  Q.  You were given a range of numbers, I take
4  it?
5  A.  Yes.
6  Q.  And you had to count them out?
7  A.  Yes.
8  Q.  And do you know what the results of that
9  test were?
10 A.  I don't remember.
11 Q.  Now, you also indicated that you had a test
12 that had something to do with the alphabet?
13 A.  Yes.
14 Q.  Do you recall specifically what you were
15 asked to do with regard to the alphabet test?
16 A.  Either I had to start in a certain part of
17 the alphabet and name the letters.  I know there was
18 a test where I had to say something backwards.  That
19 might have been it, too.
20 Q.  Do you recall what the results of the
21 alphabet test might have been?
22 A.  I don't remember.
23 Q.  Now, you also indicated that one of the
24 tests you had to do was walk a line?
25 A.  Yes.

1  Q. Do you recall what, specifically, you were
2  asked to do relative to that test?
3  A. Can you say that again, please?
4  Q. Do you recall what, specifically, the
5  officer asked you to do relative to the walking of
6  the line test?
7  A. I just believe it was to walk a straight
8  line. I may have had to try and turn around in a
9  circle. It's just -- it's been a while. I can't
10 remember.
11 Q. And you performed the test, I take it?
12 A. Yes.
13 Q. Do you know what the results of the test
14 were?
15 A. I didn't pass.
16 Q. Do you know why you didn't pass?
17 A. Like I said, I was probably tired from that
18 assault two days ago.
19 Q. Was there anything that you did as part of
20 the test, that you weren't supposed to do, that leads
21 you to believe that that's why you failed?
22 A. You have to ask that again, please.
23 Q. Was there anything that you did while
24 performing the test, that you weren't supposed to do,
25 that you believe --

1    A.   I don't remember anything like that, no.
2    Q.   Do you recall losing your balance at all?
3    A.   Yes.
4    Q.   You did lose your balance?  Do you recall
5  trying to gain your balance by lifting your arms up
6  to steady yourself?
7    A.   I don't remember.
8    Q.   Do you recall if you stepped off the line
9  while you were trying to perform the test?
10   A.   Yes.
11   Q.   And you also indicated that it's possible
12 you may have had to turn around?
13   A.   It's possible, yes.
14   Q.   You just don't have any present recollection
15 of that?
16   A.   Correct.
17   Q.   So you don't know whether -- or do you know
18 whether you were able to perform the turn correctly,
19 if you had to do it?
20   A.   I don't remember.
21   Q.   Now, other than being tired from the assault
22 that you've described, is there any other reason why
23 you would not have been able to perform the test?
24   A.   Yes.  I tend to work every day.  I'm just --
25 being self-employed, I'm just tired.  I tend to work

```
 1      A.   Correct.
 2      Q.   Other than mentioning those items, did you
 3 mention anything else to the police officer at that
 4 time?
 5      A.   I don't remember.
 6      Q.   And do you recall what happened after you
 7 performed the last field sobriety test?
 8      A.   I believe he told me that -- Officer Puorro
 9 told me that I had not passed and he was placing me
10 under arrest.
11      Q.   And do you recall what, if anything, you
12 said in response?
13      A.   I don't remember if I said anything or not.
14      Q.   But you do recall, at least at that point,
15 he advised you you hadn't passed the sobriety test;
16 correct?
17      A.   Correct.
18      Q.   And that he was placing you under arrest
19 because you had failed the sobriety test?
20      A.   Right.
21      Q.   And were you cuffed, placed in handcuffs?
22      A.   Yes, I was.
23      Q.   And were you put in the police cruiser?
24      A.   Yes, I was.
25      Q.   Now, what was done with your vehicle at that
```

1  whether, you know, "Are you still going to have
2  charges against me or not?"
3      A.   Say that again, please.
4      Q.   Prior to being released from the police
5  department, do you recall having any discussions with
6  the officers about whether they were still charging
7  you with any crime or violation?
8      A.   There were discussions, yes.
9      Q.   Do you recall what those discussions were?
10     A.   Not offhand, no.
11          MS. JORDAN:  This is probably a good time to
12  take a break.
13          MS. BAIRD:  Okay.  Great.
14              (*A recess was taken.*)
15     Q.   (BY MS. JORDAN) Mr. Branciforte, have you
16  had an opportunity to review the complaint that
17  you've filed in this matter?
18     A.   I've reviewed it from time to time.
19     Q.   In your complaint, one of the things that
20  you allege is that the officers charged you with the
21  various offenses, the DUI and the failure to signal
22  with taking a right turn, knowing that those charges
23  would be subject to publication in the Middletown
24  Press.  Are you aware of that allegation?
25     A.   Yes.

1   Q. Are you alleging that the police officers or
2   the police department contacted the Middletown Press
3   in any way to publicize the charges against you?
4   A. I don't know they contacted them.
5   Q. Are you alleging that the police department
6   or the police officers in some way were responsible
7   for having the charges against you published in the
8   newspaper?
9   A. Yes.
10  Q. You are. Okay. And why do you believe that
11  they were responsible for doing so?
12  A. It must have been public information made
13  available.
14  Q. Okay. So, if I understand your testimony,
15  the fact that it was public information that they
16  made available, you feel that they then were
17  responsible for having it published in the newspaper?
18  A. Yes.
19  Q. Now, in your complaint, you also allege that
20  the City of Middletown had a policy or custom of not
21  properly supervising or training its police officers.
22  Are you aware of that allegation?
23  A. Yes.
24  Q. Can you just explain for me why you believe
25  that the police officers were not properly

1  supervised?
2      A.   If I was -- if my DUI readings were that
3  low, I don't believe I should have been charged with
4  that offense, maybe a lesser charge.
5      Q.   But can you point to anything specific that
6  the City of Middletown did to not properly supervise
7  their police officers?
8      A.   They didn't -- how do I say this?
9           By not being charged with a correct
10 allegation.
11     Q.   Okay.  So, if I understand your testimony,
12 it's the manner in which they charged you that leads
13 you to believe they weren't properly supervised?
14     A.   Yes.
15     Q.   Okay.  And what do you think the proper
16 charge should have been?
17     A.   I don't know.
18     Q.   And can you just explain for me, why is it
19 that you believe that the police officers were not
20 properly trained?
21     A.   I don't know they weren't properly trained.
22     Q.   But you believe that they were not properly
23 trained?
24     A.   Yes.
25     Q.   And can you tell me what that's based on?  I

1  mean, can you point to anything that shows that they
2  were not properly trained?
3      A.   I cooperated with the police department.  I
4  was charged with DUI even though my readings were
5  very low.  I agreed to the breath analyzer test.  I
6  cooperated with the police department, and Officer
7  Kerkes was out of line saying that I was a pain in
8  the ass.
9      Q.   Now, one of the other allegations of your
10 complaint is that the City of Middletown also had a
11 policy or custom of not reviewing driving under the
12 influence charges.  Are you aware of that allegation?
13     A.   Yes.
14     Q.   Can you tell me what the basis is for that
15 belief?
16     A.   It's the same thing.  I was not -- I proved
17 I was not legally intoxicated, and I still had to go
18 through the motions that I was, for that charge.
19     Q.   Can you point to anything that shows that
20 the city, in fact, had a policy of not reviewing
21 driving under the influence charges?
22     A.   I don't know if -- they don't have a policy
23 on that.
24     Q.   Same question:  Do you know or can you point
25 to anything that shows that the City of Middletown

1   had a custom of not reviewing driving under the
2   influence charges?
3       A.  I don't know of any.
4       Q.  Now, in your complaint, one of the other
5   allegations you make is that the City of Middletown
6   had a policy or a custom to charge someone with a DUI
7   offense where it wasn't warranted.  Are you aware of
8   that allegation?
9       A.  Yes.
10      Q.  Can you just explain for me what the basis
11  is for your belief that the city had such a policy or
12  such a custom?
13      A.  I shouldn't have gotten charged with that
14  DUI offense.
15      Q.  Are you able to point to any instances,
16  other than your case, where the City of Middletown
17  charged someone with a DUI offense where it wasn't
18  warranted?
19      A.  I don't know of any.
20      Q.  Now, one of the other allegations you make
21  in your complaint is that the City of Middletown did
22  not implement an appropriate standard to review
23  arrest reports or DUI charges.  Are you aware of
24  that?
25      A.  Yes.

```
 1   didn't tell them, when they came back from Hawaii.  I
 2   had phone calls about it, too.
 3        Q.   Well, who did you talk to about it at the
 4   gas station?
 5        A.   Pete Samlyok.
 6        Q.   And what specifically did you speak about,
 7   if you can remember?
 8        A.   Well, he just yelled out, "Hey, I saw your
 9   name in the paper for DUI."
10        Q.   And how could that have possibly affected
11   your business?
12        A.   It's, like, a burning sensation that I have
13   to deal with, because I've worked so hard to get
14   this -- that business going, and to have utter
15   conversations about that, which could affect my
16   business...
17        Q.   Well, I guess what I'm trying to understand
18   is how it could have affected your business.
19        A.   It could affect my performance with
20   customers, too.  It could affect my business with
21   customers.
22        Q.   Well, did the arrest, in fact, affect your
23   business in any way?
24        A.   It may have; it may not have.  It's not
25   certain.
```

```
 1      Q.   Well, is there any way for you to determine
 2  whether your business suffered any harm as a result
 3  of the arrest?
 4      A.   The business did suffer because I couldn't
 5  drive for 24 hours.  I needed to respond to friends
 6  for -- to drive me for that day.  And I had -- I went
 7  to Motor Vehicle -- I had to take time to go to Motor
 8  Vehicle to get my driver's license, which they
 9  couldn't find.
10      Q.   Are you able to quantify in any way the
11  amount of profit or income that your business
12  suffered as a result of not being able to drive in
13  the 24-hour period or --
14      A.   I'm not able to give it any kind of estimate
15  for something like that.
16      Q.   Are you able to identify any contracts, for
17  lack of a better word, or purchases that your
18  business didn't secure because of the arrests?
19      A.   I can't think of any.
20      Q.   Are you able to identify or point to any
21  customers who no longer used your services because of
22  the arrest?
23      A.   I don't know of any.
24      Q.   Now, since the arrest in March of 2001, has
25  your business seen a profit each year since that
```

```
 1                    C E R T I F I C A T E
 2         I, Jill E. Remillard, License #385, a Notary
 3    Public for the State of Connecticut and Commonwealth
 4    of Massachusetts, do hereby certify that the
 5    deposition of JOSEPH R. BRANCIFORTE was taken before
 6    me pursuant to the Federal Rules of Civil Procedure,
 7    at the law offices of Howd & Ludorf, 65 Wethersfield
 8    Avenue, Hartford, CT 06114-1190, commencing at
 9    9:58 a.m. on FRIDAY, NOVEMBER 12, 2004.
10         I further certify that the witness was first
11    sworn by me to tell the truth, the whole truth, and
12    nothing but the truth, and was examined by counsel,
13    and his testimony was stenographically reported by
14    me to the best of my ability and subsequently
15    transcribed as herein before appears.
16         I further certify that I am not related to the
17    parties hereto or their counsel, and that I am not
18    in any way interested in the events of said cause.
19         Witness my hand this 22nd day of NOVEMBER,
20    2004.
21
22
23                         _____
                           Jill E. Remillard, Notary Public
24    My Commission Expires:        My Commission Expires:
      January 21, 2011 (In MA)      August 31, 2005 (In CT)
25
```

*NIZIANKIEWICZ & MILLER*
*(860) 291-9191*

Exhibit B