**ICER'S DUI ARREST AND ALCOHOL TEST**
**USAL OR FAILURE REPORT**
REV. 10-99

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**
*ADMINISTRATIVE PER SE UNIT*
On The Web at http://dmvct.org

**FOR POLICE USE ONLY**

CASE NUMBER: 01-5548
SUMMONS NUMBER: MA709691
TEMPORARY LICENSE NUMBER: 019901  ☐ NOT ISSUED
LICENSE TRANSMITTED TO DMV: ☒ YES ☐ NO

report is issued under Section 14-227b of the Connecticut General Statues.

**TRUCTIONS:**
Please type or print clearly.
Forward completed form to the address below within 72 hours. Include (a) the CT operator's motor vehicle license, (b) a copy of the temporary license form Form No. A-45) and (c) the chemical analysis test results.
Attach additional sheets or materials necessary to explain portions of this Report. Such attachments are considered part of this Report and are approved by the Commissioner. The statements and information contained therein are subscribed and sworn to under penalty of false statement.
**ADMINISTRATIVE PER SE UNIT, DEPARTMENT OF MOTOR VEHICLES, WETHERSFIELD, CT 06161-4010**

---

**SECTION A: OPERATOR AND VEHICLE INFORMATION**

| LICENSING STATE | OPERATOR LICENSE NUMBER | NAME OF OPERATOR (Last, First, M.I.) | DATE OF BIRTH |
|---|---|---|---|
| CT | 023339788 | Brancifonte, Joseph | 2-2-59 |

| ADDRESS (Number and Street) | (City or Town) | (State) | (Zip Code) | SEX | RACE |
|---|---|---|---|---|---|
| 14 West ST Ter | Cromwell, | CT | 06416 | ☒M ☐F | W |

| VEHICLE INFORMATION | YEAR | MAKE | MODEL | BODY TYPE | REGISTRATION NUMBER | REG. STATE |
|---|---|---|---|---|---|---|
| | 89 | Jeep | Wrangler | 2D Sed | VN 6165 | CT |

COMMERCIAL MOTOR VEHICLE AND OPERATOR HOLDS COMMERCIAL DRIVER'S LICENSE
VEHICLE TRANSPORTING HAZARDOUS MATERIAL
WORK PERMIT ☐ YES

☐ Operation during authorized hours of a work permit  ☐ Operation while under suspension  ☐ Operation on school property  ☒ Operation on public road  ☐ Operation in parking lot for ten or more cars

**SECTION B: PRE-ARREST INFORMATION**

| TIME (Military) | DATE | LOCATION (Number and Street) | (City or Town) |
|---|---|---|---|
| 0121 | 3-1-01 | 79 Prospect ST | Middletown, CT |

DOES OPERATOR HAVE ANY PHYSICAL HANDICAP INJURY OR ILLNESS WHICH WOULD PREVENT THE OPERATOR FROM PERFORMING ANY PART OF THE FIELD PERFORMANCE TEST?
☐ REFUSED TO ANSWER  ☒ NO  ☐ YES (Explain)

**STANDARDIZED FIELD SOBRIETY TESTS**

| TYPE OF TEST | CHECK APPROPRIATE BOXES DESCRIBING CONDITION OBSERVED | | ☐ Refused to Perform |
|---|---|---|---|
| HORIZONTAL GAZE NYSTAGMUS | ☒ Distinct Jerkiness at Maximum Deviation  ☒ Lack of Smooth Pursuit | ☒ Onset of Jerkiness prior to 45 Degrees  ☐ Other (Explain) | ☐ Passed Test  ☐ Refused to Perform |
| WALK-TURN | ☒ Loses Balance  ☒ No Heel To Toe  ☒ Raises Arms  ☒ Incorrect Number of Steps | ☒ Steps Off Line  ☒ Stops To Steady Self | ☒ Starts Too Soon  ☒ Turns Incorrectly | ☐ Passed Test  ☐ Refused to Perform |
| ONE LEG STAND | ☒ Sways While Balancing  ☒ Hopping | ☒ Uses Arms For Balance, Raising Over Six Inches  ☒ Cannot Perform Test, Puts Foot Down Three Times | ☒ Puts Foot Down  ☒ Bends Knee | ☐ Passed Test  ☐ Refused to Perform |
| OTHER TESTS | Reverse Counting 75-63 Passed  Split Alphabet D-O failed | | |

**PROBABLE CAUSE TO ARREST (Check all applicable)**
☒ OBSERVED ERRATIC DRIVING  ☒ ODOR OF ALCOHOLIC BEVERAGE ON OPERATOR'S BREATH  ☒ FIELD PERFORMANCE (Sobriety) TESTS
☐ OTHER (Explain):

**SECTION C: ARREST**

| DATE OF ARREST | TOWN CODE | LOCATION OF ARREST (Number and Street) | (City or Town) |
|---|---|---|---|
| 3-1-01 | 083 | 79 Prospect ST | Middletown |

| POLICE DEPARTMENT NAME | NAME OF ARRESTING OFFICER | BADGE NUMBER |
|---|---|---|
| Middletown | Puorro | 7440 |

☒ OPERATOR WAS APPRISED OF CONSTITUTIONAL RIGHTS (MIRANDA WARNINGS) AT __0200__ HRS. (MILITARY)

**SECTION D: INTERVIEW**  ☐ Refused to Answer (RTA)

| ARE YOU INJURED? | IF YES, DESCRIBE YOUR INJURY | ARE YOU ILL? | IF YES, DESCRIBE YOUR ILLNESS |
|---|---|---|---|
| ☐ YES ☒ NO ☐ RTA | | ☐ YES ☒ NO ☐ RTA | |