UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | FEBRUARY 15, 2005 |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until March 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. A thirty (30) day extension from February 4, 2005, would set the due date for Plaintiff's response at March 6, 2005.

3. As good cause for Plaintiff's late request for this initial extension, Plaintiff represents that Plaintiff was on trial in the matter of Shorter v. Hartford Financial Services Group, Inc., 3:03-cv-149(WIG) in January of 2005 and due to the press of business thereafter failed to make timely request in the instant matter.

4. The undersigned claims, on Plaintiff behalf, that initial motions for extensions of time as to pleadings are granted without a showing of good cause and therefore Defendants will not be prejudiced by this late request if the thirty (30) extension period runs from the original due date of February 4, 2005, which it would have run from as well had the instant motion been timely.

5. Plaintiff represents that Defendants do not oppose an extension of thirty (30) days to respond.

                          PLAINTIFF
                          JOSEPH R. BRANCIFORTE

BY: _____
Rachel M. Baird
(CT Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790-5239
Tel:  (860) 626-9991
Fax:  (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Initial Motion for Extension of Time, dated February 15, 2005, was mailed, first-class, postage paid on February 15, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird