UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE,          :
                                :
        Plaintiff,              :   CASE NO. 3:02-cv-928(AVC)
                                :
    v.                          :
                                :
TOWN OF MIDDLETOWN, ET AL.,     :
                                :
        Defendants.             :   FEBRUARY 15, 2005

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until March 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. A thirty (30) day extension from February 4, 2005, would set the due date for Plaintiff's response at March 6, 2005.

3. As good cause for Plaintiff's late request for this initial extension, Plaintiff represents that Plaintiff was on trial in the matter of Shorter v. Hartford Financial Services Group, Inc., 3:03-cv-149(WIG) in January of 2005 and due to the press of business thereafter failed to make timely request in the instant matter.

4. The undersigned claims, on Plaintiff behalf, that initial motions for extensions of time as to pleadings are granted without a showing of good cause and therefore Defendants will not be prejudiced by this late request if the thirty (30) extension period runs from the original due date of February 4, 2005, which it would have run from as well had the instant motion been timely.

---

*The plaintiff shall [illegible] nunc pro tunc. The plaintiff shall [illegible] response to the defendants' motion for summary judgment.*

*Alfred V. Covello, U.S.D.J.*

*3:02CV928 (AVC) February 16, 2005. The motion for extension of time is GRANTED nunc pro tunc. The plaintiff shall have to and including March 6, 2005 to file a response to the defendants' motion for summary judgment. SO ORDERED.*