### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE,                :
                                       :

       Plaintiff,                :          CASE NO. 3:02-cv-928(AVC)

                                         :

       v.                      :

                                         :

TOWN OF MIDDLETOWN, ET AL.,     :

                                         :

       Defendants.            :          MARCH 7, 2005

### PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until April 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. Plaintiff requested and was granted a thirty (30) day extension from February 4, 2005, that set the due date for Plaintiff's response at March 6, 2005[1].

3. As good cause for Plaintiff's second request for an extension, Plaintiff represents that Plaintiff's counsel must respond to a seventy page motion for summary judgment in the matter of <u>Solomon v. Hartford Hospital</u>, Case No. 3:02-cv-1116(EBB) by no later than March 15, 2005 and due to the press of business will require additional time until April 5, 2005, to complete Plaintiff's opposition in the instant matter.

4. Plaintiff represents that Defendants do not oppose an extension of thirty (30) days to respond.

---

[1] March 6, 2005, was a Saturday.

2

                                    PLAINTIFF
                                    JOSEPH R. BRANCIFORTE


                        BY:     _____
                                    Rachel M. Baird
                                    (CT Fed. Bar No. 12131)
                                    Law Office of Rachel M. Baird
                                    379 Prospect St
                                    Torrington CT 06790-5239
                                    Tel:  (860) 626-9991
                                    Fax:  (860) 626-9992


                        **CERTIFICATION**

        I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Motion for

Extension of Time, dated March 7, 2005, was mailed, first-class, postage paid on March 7, 2005,

to counsel of record, as follows:


Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102


                                    _____
                                    Rachel M. Baird




2