UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE,              :
                                    :
    Plaintiff,                      :   CASE NO. 3:02-cv-928(AVC)
                                    :
    v.                              :
                                    :
TOWN OF MIDDLETOWN, ET AL.,         :
                                    :
    Defendants.                     :   MARCH 7, 2005

### PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until April 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. Plaintiff requested and was granted a thirty (30) day extension from February 4, 2005, that set the due date for Plaintiff's response at March 6, 2005[1].

3. As good cause for Plaintiff's second request for an extension, Plaintiff represents that Plaintiff's counsel must respond to a seventy page motion for summary judgment in the matter of Solomon v. Hartford Hospital, Case No. 3:02-cv-1116(EBB) by no later than March 15, 2005 and due to the press of business will require additional time until April 5, 2005, to complete Plaintiff's opposition in the instant matter.

4. Plaintiff represents that Defendants do not oppose an extension of thirty (30) days to respond.

---

[1] March 6, 2005, was a Saturday.

3:02CV928(AVC) March 8, 2005. GRANTED. The plaintiff shall have to April 5, 2005 to respond to the defendants' motion for summary judgment. SO ORDERED.

Alfred V. Covello, U.S.D.J.