UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | APRIL 6, 2005 |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME**

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until Friday, May 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. Plaintiff requested and was granted an initial thirty (30) day extension from February 4, 2005, that set the due date for Plaintiff's response at March 6, 2005[1].

3. Plaintiff filed a second motion to extend the time for his response from March 6, 2005, until April 6, 2005, which the Court granted absent objection. (doc. ##45, 46)

4. As good cause for Plaintiff's third request for an extension, Plaintiff represents that Plaintiff's counsel filed a response to a seventy page motion for summary judgment in the matter of <u>Solomon v. Hartford Hospital</u>, Case No. 3:02-cv-1116(EBB) on April 5, 2005, and due to the press of business will require additional time until May 6, 2005, to complete Plaintiff's opposition in the instant matter.

---

[1] March 6, 2005, was a Saturday.

2

5. Plaintiff represents that Defendants do not oppose an extension of thirty (30) days until May 6, 2005, to respond.

                PLAINTIFF
                JOSEPH R. BRANCIFORTE

BY: _____
       Rachel M. Baird
       (CT Fed. Bar No. 12131)
       Law Office of Rachel M. Baird
       379 Prospect St
       Torrington CT 06790-5239
       Tel:  (860) 626-9991
       Fax:  (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Motion for Extension of Time, dated April 6, 2005, was mailed, first-class, postage paid on March 7, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird

2