*[Handwritten margin note, rotated: "3:02CV928(AVC) April 11, 2005  The plaintiff's motion for an extension of time is GRANTED. The plaintiff shall have to and including May 6, 2005 to respond to the defendants' motion for summary judgment. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J."]*

*[Handwritten: "47"]*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 APR -6  P 4: 17
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOSEPH R. BRANCIFORTE, | : |
| Plaintiff, | : CASE NO. 3:02-cv-928(AVC) |
| v. | : |
| TOWN OF MIDDLETOWN, ET AL., | : |
| Defendants. | : APRIL 6, 2005 |

## PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until Friday, May 6, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Defendants filed a Motion for Summary Judgment on January 14, 2005. (doc. #41)

2. Plaintiff's response to Defendants' Motion for Summary Judgment was due on February 4, 2005. Plaintiff requested and was granted an initial thirty (30) day extension from February 4, 2005, that set the due date for Plaintiff's response at March 6, 2005[1].

3. Plaintiff filed a second motion to extend the time for his response from March 6, 2005, until April 6, 2005, which the Court granted absent objection. (doc. ##45, 46)

4. As good cause for Plaintiff's third request for an extension, Plaintiff represents that Plaintiff's counsel filed a response to a seventy page motion for summary judgment in the matter of Solomon v. Hartford Hospital, Case No. 3:02-cv-1116(EBB) on April 5, 2005, and due to the press of business will require additional time until May 6, 2005, to complete Plaintiff's opposition in the instant matter.

---

[1] March 6, 2005, was a Saturday.