UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | MAY 6, 2005 |

**PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME**

    Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until June 5, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

    1. Plaintiff filed a third request to extend the time for his response from April 6, 2005, to May 6, 2005, which the Court granted. (doc. ##45, 46)

    2. As good cause for Plaintiff's fourth request for an extension, Plaintiff represents that a recent trial and post-judgment motions and responding to an extensive summary judgment motion in combination with the routine press of business of a sole practitioner and loss of time due to the flu has made it necessary for counsel to request the instant extension of time.

    3. The undersigned counsel represents that Defendants' counsel was contacted but did not have opportunity or availability to respond.

          PLAINTIFF
          JOSEPH R. BRANCIFORTE

BY: _____
     Rachel M. Baird
     (CT Fed. Bar No. 12131)
     Law Office of Rachel M. Baird
     379 Prospect St
     Torrington CT 06790-5239
     Tel: (860) 626-9991
     Fax: (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Fourth Motion for Extension of Time, dated May 6, 2005, was mailed, first-class, postage paid on May 6, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird

2