

*The motion is GRANTED. The plaintiff shall have to and including June 5, 2005 to respond to the defendants' motion for summary judgment. SO ORDERED.*

*3:02CV928(AVC)  May 18, 2005.*

*/s/ Alfred V. Covello, U.S.D.J.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE,

    Plaintiff,

v.

TOWN OF MIDDLETOWN, ET AL.,

    Defendants.

CASE NO. 3:02-cv-928(AVC)

MAY 6, 2005

## PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of thirty (30) days, until June 5, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff filed a third request to extend the time for his response from April 6, 2005, to May 6, 2005, which the Court granted. (doc. ##45, 46)

2. As good cause for Plaintiff's fourth request for an extension, Plaintiff represents that a recent trial and post-judgment motions and responding to an extensive summary judgment motion in combination with the routine press of business of a sole practitioner and loss of time due to the flu has made it necessary for counsel to request the instant extension of time.

3. The undersigned counsel represents that Defendants' counsel was contacted but did not have opportunity or availability to respond.