**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOSEPH R. BRANCIFORTE,                     :
                                            :
      Plaintiff,                          :          CASE NO. 3:02-cv-928(AVC)
                                            :
      v.                                  :
                                            :
TOWN OF MIDDLETOWN, ET AL.,                 :
                                            :
      Defendants.                         :          JUNE 6, 2005

**PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME**

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to

Local Civil Rule 7, hereby moves for an extension of seven (7) days, until June 13, 2005, to

respond to Defendants' Motion for Summary Judgment.  In support, Plaintiff offers:

1.  Plaintiff filed a fourth request to extend the time for his response from May 6, 2005, to

June 5, 2005,[1] which the Court granted.

2.  As good cause for Plaintiff's fifth request for an extension, Plaintiff represents that the

memorandum in opposition and related documents are substantially complete but Plaintiff

requires an additional week to finalize an Affidavit and the Local Rule 56(a)2 statement.

3.  Plaintiff represents that the Defendants object to the instant request for continuance.

---

[1] June 5, 2005, was a Sunday.

PLAINTIFF
JOSEPH R. BRANCIFORTE


BY:    _____

Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790-5239
Tel:  (860) 626-9991
Fax:  (860) 626-9992
E-mail:  bairdlawoffice@aol.com


## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Fifth Motion for Extension

of Time, dated June 6, 2005, was mailed, first-class, postage paid on June 6, 2005, to counsel of

record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102


_____
Rachel M. Baird

2