UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    HARTFORD
6/6 2005
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

JOSEPH R. BRANCIFORTE,           :

    Plaintiff,                  :    CASE NO. 3:02-cv-928(AVC)

    v.                          :

TOWN OF MIDDLETOWN, ET AL.,      :

    Defendants.                 :    JUNE 6, 2005

### PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of seven (7) days, until June 13, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff filed a fourth request to extend the time for his response from May 6, 2005, to June 5, 2005,[1] which the Court granted.

2. As good cause for Plaintiff's fifth request for an extension, Plaintiff represents that the memorandum in opposition and related documents are substantially complete but Plaintiff requires an additional week to finalize an Affidavit and the Local Rule 56(a)2 statement.

3. Plaintiff represents that the Defendants object to the instant request for continuance.

---

[1] June 5, 2005, was a Sunday.

---

*Handwritten margin order:*

3:02CV928(AVC) June 8, 2005. The motion for extension of time (doc. no. 52) is GRANTED. The plaintiff shall have to and including June 13, 2005 to respond to the defendants' motion for summary judgment. The court will not grant any further motions for extension of time.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 JUN 10 A 9:28
DISTRICT COURT
HARTFORD, CT.