UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | JUNE 13, 2005 |

**PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME**

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of four (4) days, until June 17, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff filed a fifth request to extend the time for his response from June 5, 2005, to June 13, 2003, which the Court granted.

2. As good cause for Plaintiff's sixth request for an extension, Plaintiff represents that the memorandum in opposition and related documents are substantially complete but Plaintiff requires an additional four (4) days to finalize a second Affidavit.

3. Plaintiff represents that the Defendants object to the instant request for continuance.

2

                        PLAINTIFF
                        JOSEPH R. BRANCIFORTE

BY: _____
Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@aol.com

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Sixth Motion for Extension of Time, dated June 13, 2005, was mailed, first-class, postage paid on June 13, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird

2