54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 13 P 4: 43
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| Defendants. | : | JUNE 13, 2005 |

### PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension of four (4) days, until June 17, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff filed a fifth request to extend the time for his response from June 5, 2005, to June 13, 2003, which the Court granted.

2. As good cause for Plaintiff's sixth request for an extension, Plaintiff represents that the memorandum in opposition and related documents are substantially complete but Plaintiff requires an additional four (4) days to finalize a second Affidavit.

3. Plaintiff represents that the Defendants object to the instant request for continuance.

---

The plaintiff shall have. This is the final extension of time that the court will grant.

02 cv 928 end 54

3:02CV928(AVC) June 14, 2005. The motion for extension of time (doc. no. 54) is GRANTED. to and including June 17, 2005 to respond to the defendants' motion for summary judgment. SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 JUN 15 A 11