## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | JUNE 17, 2005 |

### PLAINTIFF'S SEVENTH MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension until June 20, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff filed a sixth request to extend the time for his response from June 13, 2005, to June 17, 2003, which the Court granted.

2. As good cause for Plaintiff's sixth request for an extension, Plaintiff represents that the memorandum in opposition and related documents are substantially complete but Plaintiff requires an additional weekend until Monday, June 20, 2005, to proofread and ensure that the summary judgment motion is complete.

3. Plaintiff represents that the Defendants object to the instant request for continuance.

PLAINTIFF
JOSEPH R. BRANCIFORTE

BY: _____
Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@aol.com

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Seventh Motion for

Extension of Time, dated June 17, 2005, was mailed, first-class, postage paid on June 17, 2005,

to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird

2