**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, | : | |
| POLICE SERGEANT DAVID VISCONTI, | : | |
| SUPERVISOR, MIDDLETOWN POLICE | : | |
| DEPARTMENT, in his official and individual | : | |
| capacities, POLICE OFFICER DEREK PUORRO, | : | |
| in his official and individual capacities, and | : | |
| POLICE OFFICER MICHAEL KERKES, in his | : | |
| official and individual capacities, | : | |
| | : | |
| Defendants. | : | JUNE 22, 2005 |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel, hereby provides notice that he has manually filed the following documents related to his Memorandum in Opposition to Summary Judgment and Local Rule 56(a)2 Statement:

- Exhibits 1-9 to Plaintiff's Local Rule 56(a)2 Statement, dated June 20, 2005

Such documents are too large for PDF format.

The Exhibits 1-9 have been served on all parties.

                PLAINTIFF
                JOSEPH R. BRANCIFORTE

BY:  /s/ Rachel M. Baird_____
      Rachel M. Baird
      (ct12131)
      Law Office of Rachel M. Baird
      379 Prospect St
      Torrington CT 06790-5239
      Tel:  (860) 626-9991
      Fax:  (860) 626-9992
      E-mail:  bairdlawoffice@aol.com

## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing <u>Plaintiff's Notice of Manual Filing</u>, dated June 22, 2005, was mailed, first-class, postage paid on June 22, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

                /s/ Rachel M. Baird_____
                Rachel M. Baird
                Commissioner of the Superior Court