UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH R. BRANCIFORTE, : | |
| : | |
| Plaintiff, : | CASE NO. 3:02-cv-928(AVC) |
| : | |
| v. : | |
| : | |
| TOWN OF MIDDLETOWN, : | |
| POLICE SERGEANT DAVID VISCONTI, : | |
| SUPERVISOR, MIDDLETOWN POLICE : | |
| DEPARTMENT, in his official and individual : | |
| capacities, POLICE OFFICER DEREK PUORRO, : | |
| in his official and individual capacities, and : | |
| POLICE OFFICER MICHAEL KERKES, in his : | |
| official and individual capacities, : | |
| : | |
| Defendants. : | JUNE 20, 2005 |

## AFFIDAVIT OF RACHEL M. BAIRD

1. I am over the age of eighteen, understand and believe in the obligation of an oath, and make this Affidavit upon personal knowledge unless stated otherwise.

2. I represent the Plaintiff, Joseph R. Branciforte, in the above-captioned matter and appear as counsel of record on his behalf.

3. I affirm that Exhibit 1 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of a transcript that I ordered and received of a March 15, 2001, hearing in the matter of State v. Joseph Branciforte.

4. I affirm that Exhibit 2 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of a Notice of Civil Rights Infringement and Intent to Sue that was hand-delivered to the Town Clerk for the Town of Middletown on August 31, 2001.

5. I affirm that Exhibit 4 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of the Original Information in the matter of State of Connecticut v. Joseph Branciforte.

6. I affirm that page 1 of Exhibit 5 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of the exhibit submitted as Exhibit C by Defendants to their Memorandum of Law in Support of Summary Judgment.

7. I affirm that page 2 of Exhibit 5 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of the second page of the exhibit submitted as Exhibit C by Defendants to their Memorandum of Law in Support of Summary Judgment.

8. I affirm that Exhibit 6 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of a document that I received in response to my Plaintiff's requests for documents from the Defendants concerning Middletown Police Department procedures and policies for operating under the influence arrests.

9. I affirm that Exhibit 7 to Plaintiff's Local Rule 56(a)2 Statement Original is a true and accurate copy of Defendants' responses to Plaintiffs interrogatories numbered one through four and six, nine and ten.

RACHEL M. BAIRD, being duly sworn, on oath, states that she has read the foregoing Affidavit and knows the content thereof; that the same is true of her own knowledge, except as to the matter herein stated on information and belief and that as to these matters she believes the same to be true.

_____
Rachel M. Baird

Subscribed and sworn to before me on this 21st day of June, 2005, at Torrington, Connecticut.

_____
Notary Public
Commissioner of the Superior Court
State of Connecticut

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Rachel M. Baird, dated June 20, 2005, was mailed, first-class, postage paid on June 22, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

*[signature]*
Rachel M. Baird