UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, POLICE SERGEANT DAVID VISCONTI, SUPERVISOR, MIDDLETOWN POLICE DEPARTMENT, in his official and individual capacities, POLICE OFF. DEREK PUORRO, in his official and individual capacities, and POLICE OFF. MICHAEL KERKES, in his official and individual capacities, | : | |
| Defendants. | : | JUNE 20, 2005 |

### AFFIDAVIT OF CLIFFTON T. BAIRD

1. I am over the age of eighteen, understand and believe in the obligation of an oath, and make this Affidavit upon personal knowledge unless stated otherwise.

2. On June 14, 2005, I drove from the intersection of Liberty and Main Streets to 79 Prospect Street in Middletown, Connecticut, using a direct route of Liberty Street to Prospect Street.

3. I affirm that a true and accurate copy of the map that I used to mark the route from the intersection of Liberty and Main Streets to 79 Prospect Street in Middletown is submitted as Exhibit 3 to Plaintiff's Local Rule 56a(a)(2) Statement.

4. The distance from the intersection of Liberty and Main Streets to 79 Prospect Street in Middletown, Connecticut, using a direct route of Liberty Street to Prospect Street is six-tenths of a mile.

5. On June 14, 2001, I turned onto Liberty Street from Main Street and proceeded to turn right onto Pearl Street, left onto Grand Street, and left onto Woodward Street to reenter Liberty Street for a distance of seven-tenths of a mile.

6. Each of the side roads off of Liberty Street between Main Street and Prospect Street has a stop sign such that in turning off of Liberty Street and then reentering Liberty Street, I was forced to stop at a minimum of three stop signs. (Area Map, Pl.'s LR 56(a)2 Statement, Ex. 3)

7. The area is residential with street parking on Liberty Street and the surrounding streets.

8. Liberty Street is a narrow one-way street.

CLIFFTON T. BAIRD, being duly sworn, on oath, states that he has read the foregoing Affidavit and knows the content thereof; that the same is true of his own knowledge, except as to the matter herein stated on information and belief and that as to these matters he believes the same to be true.

_____
Cliffton T. Baird

Subscribed and sworn to before me on this 20th day of June, 2005, at Torrington, Connecticut.

_____
Rachel M. Baird
Commissioner of the Superior Court
State of Connecticut

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Cliffton T. Baird, dated June 20, 2005, was mailed, first-class, postage paid on June 22, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

_____
Rachel M. Baird