UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, | : | |
| POLICE SERGEANT DAVID VISCONTI, | : | |
| SUPERVISOR, MIDDLETOWN POLICE | : | |
| DEPARTMENT, in his official and individual | : | |
| capacities, POLICE OFFICER DEREK PUORRO, | : | |
| in his official and individual capacities, and | : | |
| POLICE OFFICER MICHAEL KERKES, in his | : | |
| official and individual capacities, | : | |
| | : | |
| Defendants. | : | JUNE 22, 2005 |

**PLAINTIFF'S EIGHTH MOTION FOR EXTENSION OF TIME**

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension, *nunc pro tunc,* until June 22, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff, with the instant motion for extension of time, is filing his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and accompanying Affidavits, Exhibits, and Local Rule 56(a)2 Statement.

2. Plaintiff's counsel required two (2) additional days beyond the last extension granted due to a settlement conference that lasted until 3:30 P.M. at the federal court in Bridgeport on June 20, 2005, and a hearing at the Superior Court in Litchfield that prevented Plaintiff's counsel from transporting the filings to Court on June 21, 2005.

3. Plaintiff represents that the Defendants have indicated a standing objection to this and preceding motions for extensions of time.

2

        PLAINTIFF
        JOSEPH R. BRANCIFORTE


BY:  /s/ Rachel M. Baird_____
      Rachel M. Baird
      (ct12131)
      Law Office of Rachel M. Baird
      379 Prospect St
      Torrington CT 06790-5239
      Tel:  (860) 626-9991
      Fax:  (860) 626-9992
      E-mail:  bairdlawoffice@aol.com


## **CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Eighth Motion for Extension of Time, dated June 22, 2005, was mailed, first-class, postage paid on June 22, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102


      /s/ Rachel M. Baird_____
      Rachel M. Baird
      Commissioner of the Superior Court