63

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 22 P 4: 57

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOSEPH R. BRANCIFORTE, | : |
| Plaintiff, | : CASE NO. 3:02-CV-928(AVC) |
| v. | : |
| TOWN OF MIDDLETOWN, POLICE SERGEANT DAVID VISCONTI, SUPERVISOR, MIDDLETOWN POLICE DEPARTMENT, in his official and individual capacities, POLICE OFFICER DEREK PUORRO, in his official and individual capacities, and POLICE OFFICER MICHAEL KERKES, in his official and individual capacities, | : |
| Defendants. | : JUNE 22, 2005 |

### PLAINTIFF'S EIGHTH MOTION FOR EXTENSION OF TIME

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel and pursuant to Local Civil Rule 7, hereby moves for an extension, *nunc pro tunc,* until June 22, 2005, to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff offers:

1. Plaintiff, with the instant motion for extension of time, is filing his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and accompanying Affidavits, Exhibits, and Local Rule 56(a)2 Statement.

2. Plaintiff's counsel required two (2) additional days beyond the last extension granted due to a settlement conference that lasted until 3:30 P.M. at the federal court in Bridgeport on June 20, 2005, and a hearing at the Superior Court in Litchfield that prevented Plaintiff's counsel from transporting the filings to Court on June 21, 2005.

3. Plaintiff represents that the Defendants have indicated a standing objection to this and preceding motions for extensions of time.

June 24, 2005.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.