UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, ET AL | : | JULY 5, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b), the defendants, City of Middletown, David Visconti, in his official and individual capacity, Derek Puorro, in his individual capacity and Michael Kerkes, in his individual capacity, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **August 7, 2005**, in which to file a reply brief to plaintiff's Objection to Motion for Summary Judgment.

Due to previously scheduled matters and defense counsel's trial schedule, defendants need additional time to prepare a reply to plaintiff's objection to the motion for summary judgment.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Rachel Baird, and Attorney Baird has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the plaintiff's objection.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendant, City of Middletown, David Visconti, in his official and individual capacity, Derek Puorro, in his individual capacity and Michael Kerkes, in his individual capacity, hereby request that their Motion for Enlargement of Time, up to and including **August 7, 2005**, be granted.

>
> DEFENDANTS,
> TOWN OF MIDDLETOWN, DAVID
> VISCONTI, in his official and individual
> capacity, DEREK PUORRO, in his
> individual capacity and MICHAEL
> KERKES, in his individual capacity
>
>
> By____/s/_Beatrice S. Jordan____
>    Beatrice S. Jordan
>    ct22001
>    Howd & Ludorf, LLC
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    (860) 249-1361
>    (860) 249-7665 (Fax)
>    E-Mail: tgerarde@hl-law.com
>    E-Mail: bjordan@hl-law.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 5th day of July, 2005.

Rachel M. Baird, Esquire
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

Trina Solecki, Esquire
City Attorney
City Hall
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

                                                                                /s/ Beatrice S. Jordan
                                                                  Beatrice S. Jordan