65

2005 JUL -7 A 10: 43

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE     :    NO.: 3:02CV928 (AVC)

v.                 :

TOWN OF MIDDLETOWN, ET AL   :    JULY 5, 2005

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b), the defendants, City of Middletown, David Visconti, in his official and individual capacity, Derek Puorro, in his individual capacity and Michael Kerkes, in his individual capacity, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **August 7, 2005**, in which to file a reply brief to plaintiff's Objection to Motion for Summary Judgment.

Due to previously scheduled matters and defense counsel's trial schedule, defendants need additional time to prepare a reply to plaintiff's objection to the motion for summary judgment.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Rachel Baird, and Attorney Baird has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the plaintiff's objection.

ORAL ARGUMENT IS NOT REQUESTED

<div style="writing-mode: vertical">3:02CV928(AVC) July 11, 2005. The defendants' motion for enlargement of time is GRANTED. The defendants shall have to and including August 7, 2005 to file a reply memorandum. SO ORDERED. Alfred V. Covello, U.S.D.J.</div>