UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL | : | AUGUST 8, 2005 |

**DEFENDANTS' MOTION FOR PERMISSION
TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants hereby move for permission to file the attached Reply to the Plaintiff's Memorandum in Opposition to Motion for Summary Judgment in excess of 10 pages.

The defendants submit that the additional three pages are necessary in order to fully and fairly respond to the arguments raised by the plaintiff in his opposition to the defendants' Motion for Summary Judgment.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants respectfully request that their motion for permission to file the attached Reply to the Plaintiff's Memorandum in Opposition to Motion for Summary Judgment in excess of 10 pages be granted.

DEFENDANTS,
TOWN OF MIDDLETOWN, DAVID VISCONTI, in his official and individual capacity, DEREK PUORRO, in his individual capacity and MICHAEL KERKES, in his individual capacity

By____/s/_Beatrice S. Jordan_____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 8th day of August, 2005.

Rachel M. Baird, Esquire
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

Trina Solecki, Esquire
City Attorney
City Hall
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

                                                           _____/s/ Beatrice S. Jordan_____
                                                           Beatrice S. Jordan