UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | AUGUST 10, 2005 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME, ALTERNATIVE RECOGNIZANCE, OR WAIVER RE: SECURITY FOR COSTS**

Pursuant to Rule 83.3 of the Local Rules for the District of Connecticut, Plaintiff Joseph R. Branciforte moves for a second extension of time to post the sum of $500.00 in security for costs, an alternative recognizance, or waiver, in the above-captioned matter. In support thereof, Plaintiff offers:

1. Plaintiff is the sole proprietor of a used appliance storefront business in a commercial-residential district in Middletown, Connecticut.

2. Plaintiff filed a Complaint in the above-referenced matter on May 31, 2002.

3. Plaintiff's claims were stayed pending an order issued by the Commonwealth of Pennsylvania in the matter of M. Diane Koken Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company, Docket No.183 M.D. 2002.

4. Plaintiff, in recognition of this Court's enforcement of the rehabilitation order and stay and based on the principles of abstention, comity, and full faith and credit, waited approximately eighteen months for his case to proceed because the Town of Middletown basically did not have the insurance to defend.

5. On November 12, 2004, Defendants deposed Plaintiff regarding the allegations in the Complaint and Plaintiff's business income and financial status.

6. On December 7, 2004, after the matter had been pending for two and one half years, and when Defendants had the resources through insurance to proceed with the action, filed a motion for security costs. (doc. #36)

7. Plaintiff requested an extension of time to pay the $500.00 because he thought that the summer months would yield additional business in used air conditioners. (Affidavit of Joseph R. Branciforte dated August 7, 2005 (hereinafter, "Branciforte Aff.") ¶ 11)

8. However, this did not occur and sales are off this year compared to last. (Branciforte Aff. ¶ 12)

9. Plaintiff has two trucks and both have needed repair to maintain the business because he need to transport used appliances to the store and then transport them to customers following purchase. The costs for these repairs have been $700.00. (Branciforte Aff. ¶ 13)

10. Recently, Plaintiff's store front sign flew off of the building and a replacement will cost $700.00. Until then, his business lacks the appropriate signage which may be impacting business. (Branciforte Aff. ¶ 14)

11. Plaintiff respectfully asks the Court for additional time, up to twelve months, an alternate recognizance, or a waiver due to his finances. (Branciforte Aff. ¶ 15)

WHEREFORE, Plaintiff respectfully requests the Court grant his motion.

                              PLAINTIFF
                              JOSEPH R. BRANCIFORTE

BY:   /s/ Rachel M. Baird
        Rachel M. Baird
        (ct12131)
        Law Office of Rachel M. Baird
        379 Prospect St
        Torrington CT 06790-5239
        Tel:  (860) 626-9991
        Fax:  (860) 626-9992
        E-mail:  bairdlawoffice@aol.com

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Motion for Extension of Time, Alternative Recognizance, or Waiver Re: Security for Costs was mailed, first-class, postage paid on August 10, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

                              /s/ Rachel M. Baird
                              Rachel M. Baird