UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, POLICE SERGEANT DAVID VISCONTI, SUPERVISOR, MIDDLETOWN POLICE DEPARTMENT, in his official and individual capacities, POLICE OFF. DEREK PUORRO, in his official and individual capacities, and POLICE OFF. MICHAEL KERKES, in his official and individual capacities, | : | |
| Defendants. | : | AUGUST 7, 2005 |

### AFFIDAVIT OF JOSEPH R. BRANCIFORTE

1. I am over the age of eighteen, understand and believe in the obligation of an oath, and make this Affidavit upon personal knowledge unless stated otherwise.

2. I am the Plaintiff in the above-referenced matter.

3. On or about May 31, 2002, I filed a Complaint in the above-referenced matter.

4. Counsel for the Defendants filed appearances on June 17, 2002, and June 20, 2002.

5. On or about July 9, 2002, the Defendants filed a motion to stay the proceedings due to issues that had arisen regarding the Defendants' insurance carrier.

6. The case was stayed for approximately eighteen months through January 28, 2004.

7. In December of 2004, my attorney told me that I had to pay $500.00 to the court as security.

8. I did not have the money so I asked for additional time or a waiver and the Court granted my motion for extension of time until August 1, 2005.

9. I still do not have $500.00.

10. I remain the sole owner of a used appliance discount store named Appliance Discounters in Middletown, Connecticut.

11. I had asked for an extension of time to pay the $500.00 because I thought that the summer months would yield additional business in used air conditioners.

12. However, this did not occur and sales are off this year compared to last.

13. I have two trucks and both have needed repair to maintain the business because I need to transport used appliances to the store and then transport them to customers following purchase. The costs for these repairs have been $700.00.

14. Recently, my store front sign flew off of the building and a replacement will cost $700.00. Until then, my business lacks the appropriate signage which may be impacting business.

15. I respectfully ask the Court for additional time or a waiver due to my finances.

JOSEPH R. BRANCIFORTE, being duly sworn, on oath, states that he is the Plaintiff herein; that he has read the foregoing Affidavit and knows the content thereof; that the same is true of his own knowledge, except as to the matter herein stated on information and belief and that as to these matters he believes the same to be true.

_Joseph R. Branciforte_
Joseph R. Branciforte

Subscribed and sworn to before me on this 9th day of August, 2005, at Middletown Connecticut.

_____
Notary/Commissioner of the Superior Court
State of Connecticut  Rachel M. Baird

3