67

FILED

2005 AUG 10 A 11: 13

DISTRICT COURT
...FORD, C...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE | : | NO.: 3:02CV928 (AVC) |
| v. | : | |
| TOWN OF MIDDLETOWN, ET AL | : | AUGUST 8, 2005 |

### DEFENDANTS' MOTION FOR PERMISSION
### TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants hereby move for permission to file the attached Reply to the Plaintiff's Memorandum in Opposition to Motion for Summary Judgment in excess of 10 pages.

The defendants submit that the additional three pages are necessary in order to fully and fairly respond to the arguments raised by the plaintiff in his opposition to the defendants' Motion for Summary Judgment.

3:02CV928(AVC) August 12, 2005: GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

ORAL ARGUMENT IS NOT REQUESTED