```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2

 3    JOSEPH R. BRANCIFORTE,          :  CIVIL ACTION NO.
          Plaintiff                   :  3:02CV928(AVC)
 4    vs.                             :
                                      :
 5    TOWN OF MIDDLETOWN, ET AL,      :  NOVEMBER 12, 2004
          Defendants                  :
 6

 7
                DEPOSITION OF:   JOSEPH R. BRANCIFORTE
 8
      APPEARANCES:
 9
      FOR THE PLAINTIFF:
10
          LAW OFFICE OF RACHEL M. BAIRD
11        Stonegate Professional Building
          379 Prospect Street
12        Torrington, CT 06790-5239
          (860) 626-9991
13    BY: RACHEL M. BAIRD, ESQUIRE

14    FOR THE DEFENDANTS:

15        HOWD & LUDORF
          65 Wethersfield Avenue
16        Hartford, CT 06114-1190
          (860) 249-1361
17    BY: BEATRICE S. JORDAN, ESQUIRE

18

19

20
            Jill E. Remillard, License No. 385
21             Certified Realtime Reporter
                Registered Merit Reporter
22

23
                 NIZIANKIEWICZ & MILLER
24                  972 Tolland Street
              East Hartford, CT  06108-1533
25                   (860) 291-9191
```

*NIZIANKIEWICZ & MILLER*
*(860) 291-9191*

Exhibit A

1   every day.
2       Q.  Had you consumed any type of medication that
3   might have affected your ability to take the tests?
4       A.  No.
5       Q.  Do you suffer from any medical conditions
6   that would have affected your ability to take the
7   test?
8       A.  No.
9       Q.  Do you recall having any discussions with
10  Officer Puorro while you were performing the tests,
11  relative to, you know, "I can't do this. I'm tired,"
12  or anything of that sort?
13      A.  I told him about my injured knee, my bad
14  right knee.
15      Q.  Okay. You've testified that you told him
16  the following the object with your eye was difficult
17  because you had a bruised right eye; correct?
18      A.  Correct.
19      Q.  And you also informed him that the standing
20  on one leg, you couldn't do it on your right leg
21  because you had an injured right knee; correct?
22      A.  Not totally. I told him I have a bad right
23  knee. I didn't know if I passed with it or not.
24      Q.  And at that point, he advised you you can go
25  ahead and do it on your left leg?