# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOSEPH R. BRANCIFORTE,                  :

        Plaintiff,                  :     CASE NO. 3:02-cv-928(AVC)

        v.                  :

TOWN OF MIDDLETOWN, ET AL.,                  :

        Defendants.                  :     AUGUST 10, 2005

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME, ALTERNATIVE RECOGNIZANCE, OR WAIVER RE: SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules for the District of Connecticut, Plaintiff Joseph R. Branciforte moves for a second extension of time to post the sum of $500.00 in security for costs, an alternative recognizance, or waiver, in the above-captioned matter. In support thereof, Plaintiff offers:

1. Plaintiff is the sole proprietor of a used appliance storefront business in a commercial-residential district in Middletown, Connecticut.

2. Plaintiff filed a Complaint in the above-referenced matter on May 31, 2002.

3. Plaintiff's claims were stayed pending an order issued by the Commonwealth of Pennsylvania in the matter of M. Diane Koken Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company, Docket No.183 M.D. 2002.

4. Plaintiff, in recognition of this Court's enforcement of the rehabilitation order and stay and based on the principles of abstention, comity, and full faith and credit, waited approximately eighteen months for his case to proceed because the Town of Middletown basically did not have the insurance to defend.

and including September 15, 2005 to post the until the obtain note to SO ORDERED.                  Alfred V. Covello, U.S.D.J.