UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH R. BRANCIFORTE, | : |
| | : |
| v. | : CASE NO. 3:02CV928 (AVC) |
| | : |
| TOWN OF MIDDLETOWN, POLICE SERGEANT DAVID VISCONTI, POLICE OFFICER DEREK PUORRO, POLICE OFFICER MICHAEL KERKES | : : : : |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment before the Honorable Alfred V. Covello, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the defendants' motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 30th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
Fidelis Basile
Deputy Clerk

EOD_____