**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, ET AL., | : | |
| | : | |
| Defendants. | : | OCTOBER 25, 2005 |

**NOTICE OF APPEAL**

Pursuant to F.R.A.P. 4(a)(1), Plaintiff Joseph R. Branciforte, in the above-named case, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on September 30, 2005, granting Defendants' Motion for Summary Judgment and entering Judgment in favor of Defendants.  (doc. #73)

The judgment appealed from is attached.

```
                                              PLAINTIFF
                                              JOSEPH R. BRANCIFORTE




                                     BY:  /s/ Rachel M. Baird
                                          Rachel M. Baird
                                          (ct12131)
                                          Law Office of Rachel M. Baird
                                          379 Prospect St
                                          Torrington CT 06790-5239
                                          Tel: (860) 626-9991
                                          Fax: (860) 626-9992
                                          E-mail: bairdlawoffice@sbcglobal.net
```