UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff/Appellant, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | USCA NO. 05-5884-cv |
| | : | |
| TOWN OF MIDDLETOWN, POLICE SERGEANT DAVID VISCONTI, SUPERVISOR, MIDDLETOWN POLICE DEPARTMENT, in his official and individual capacities, POLICE OFF. DEREK PUORRO, in his official and individual capacities, and POLICE OFF. MICHAEL KERKES, in his official and individual capacities, | : : : : : : : : | |
| Defendants. | : | |

## INDEX TO THE RECORD ON APPEAL

<u>No. of Pages</u>

Certified Copy of Docket Sheet

<u>Document No.</u>

| | |
|---|---|
| Compl., doc. #1 | 1 |
| Defs.' Mot. for Summ. J. and Mem. in Supp., doc. #41 | 2 |
| Defs.' Statement of Material Facts, doc. #42 | 3 |
| Pl.'s Mem. in Opp'n to Mot. for Summ. J., doc. #58 | 4 |
| Pl's Statement of Material Facts, doc. #59 | 5 |
| Pl.'s Aff. of Joseph R. Branciforte re Mot. for Summ. J., doc. #60 | 6 |
| Pl.'s Aff. of Rachel M. Baird re Mot. for Summ. J., doc. #61 | 7 |
| Pl.'s Aff. of Cliffton T. Baird re Mot. for Summ. J., doc, #62 | 8 |
| Defs.' Reply to Pl.'s Mem in Opp'n to Summ. J., doc. #70 | 9 |

2

Ruling Granting Mot. for Summ. J., doc. #72     10

JUDGMENT, dated September 30, 2005, by Rowe, C., doc. #73     11

Notice of Appeal, doc. #74     12

Clerk's Certificate