FILED

*Dist CONN / NEW Haven*
*02-CV-928*
*Hon. Covello*

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

U.S. DISTRICT COURT
NEW HAVEN CT

JOSEPH R. BRANCIFORTE,

    Plaintiff/Appellant,      :    CASE NO.: 05-5884

    v.      :

TOWN OF MIDDLETOWN, et al.,    :

    Defendants/Appellees.      :    MAY 9, 2006

(UNITED STATES COURT OF APPEALS FILED MAY 2 3 2006 Roseann B. MacKechnie CLERK SECOND CIRCUIT)

## STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff/Appellant,

Joseph R. Branciforte, and the Defendants/Appellees, Town of Middletown, David Visconti,

Derek Puerro, and Michael Kerkes, through their undersigned counsel, to execute this stipulation

so that the above-captioned appeal by the Plaintiff/Appellant may be dismissed in its entirety, all

parties to bear their own costs and attorney's fees.

PLAINTIFF/APPELLANT             DEFENDANTS/APPELLEES
JOSEPH R. BRANCIFORTE          TOWN OF MIDDLETOWN
                                     DAVID VISCONTI, DEREK
                                     PUERRO, MICHAEL KERKES

BY: _____        BY: _____
Rachel M. Baird (ct12131)           Beatrice Jordon (ct22001)
Law Office of Rachel M. Baird      Howd & Ludorf
379 Prospect Street            65 Wethersfield Avenue
Torrington CT 06790            Hartford CT 06114
Tel: (860) 626-9991             Tel: (860) 249-1361
Email: bairdlawoffice@sbcglobal.net   Email: bjordan@hl-law.com

*SO ORDERED*

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

*May 23, 2006*

A TRUE COPY
Roseann B. MacKechnie, CLERK
_____
DEPUTY CLERK

MAY 24 2006

CERTIFIED:

*DistCONN / NEW Haven*
*02-CV-928*
*HON. Covello*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

JOSEPH R. BRANCIFORTE,                     :

    Plaintiff/Appellant,                   :       CASE NO.: 05-5884

    v.                                     :

TOWN OF MIDDLETOWN, et al.,                :

    Defendants/Appellees.                  :       MAY 9, 2006

*UNITED STATES COURT OF APPEALS*
*FILED*
*MAY 2 3 2006*
*Roseann B. MacKechnie, Clerk*
*SECOND CIRCUIT*

### STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff/Appellant,

Joseph R. Branciforte, and the Defendants/Appellees, Town of Middletown, David Visconti,

Derek Puerro, and Michael Kerkes, through their undersigned counsel, to execute this stipulation

so that the above-captioned appeal by the Plaintiff/Appellant may be dismissed in its entirety, all

parties to bear their own costs and attorney's fees.


PLAINTIFF/APPELLANT                          DEFENDANTS/APPELLEES
JOSEPH R. BRANCIFORTE                        TOWN OF MIDDLETOWN
                                             DAVID VISCONTI, DEREK
                                             PUERRO, MICHAEL KERKES


BY: _____                 BY: _____
Rachel M. Baird (ct12131)                    Beatrice Jordon (ct22001)
Law Office of Rachel M. Baird                Howd & Ludorf
379 Prospect Street                          65 Wethersfield Avenue
Torrington CT 06790                          Hartford CT 06114
Tel: (860) 626-9991                          Tel: (860) 249-1361
Email: bairdlawoffice@sbcglobal.net          Email: bjordon@hl-law.com


*SO ORDERED*

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

*May 23, 2006*

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY: _____ DATE: _____