UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH R. BRANCIFORTE, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-928(AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MIDDLETOWN, | : | |
| POLICE SERGEANT DAVID VISCONTI, | : | |
| SUPERVISOR, MIDDLETOWN POLICE | : | |
| DEPARTMENT, in his official and individual | : | |
| capacities, POLICE OFFICER DEREK PUORRO, | : | |
| in his official and individual capacities, and | : | |
| POLICE OFFICER MICHAEL KERKES, in his | : | |
| official and individual capacities, | : | |
| | : | |
| Defendants. | : | JUNE 26, 2006 |

### PLAINTIFF'S REQUEST FOR RETURN OF SECURITY COSTS

Plaintiff Joseph R. Branciforte, by and through his undersigned counsel, hereby requests return of $500.00 posted as security pursuant to Local Civil Rule 83.3 on September 21, 2005.[1]

                                       PLAINTIFF
                                       JOSEPH R. BRANCIFORTE

BY:   /s/ Rachel M. Baird
        Rachel M. Baird
        (ct12131)
        Law Office of Rachel M. Baird
        379 Prospect St
        Torrington CT 06790-5239
        Tel:  (860) 626-9991
        Fax:  (860) 626-9992
        E-mail:  bairdlawoffice@sbcglobal.net

---

[1] "Security for Costs BOND in the amount of $ 500.00 posted by Joseph R. Branciforte Receipt Number H17151 (Aiudi, R.) (Entered: 09/22/2005)" See Docket in above-captioned matter.

## **CERTIFICATION**

     I HEREBY CERTIFY that a copy of the foregoing <u>Plaintiff's Request for Return of Security Costs</u>, dated June 26, 2006, was mailed, first-class, postage paid on June 26, 2005, to counsel of record, as follows:

Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114-1102

and party

Joseph R. Branciforte
Appliance Discounters
175 E Main St
Middletown CT 06457-4460

                                                  <u>/s/ Rachel M. Baird</u>
                                                  Rachel M. Baird
                                                  Commissioner of the Superior Court